UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JANE DOE (J.T.),<br><br>    Plaintiff,<br><br>v.<br><br>COLONIAL HOSPITALITY, LLC D/B/A BEST WESTERN ORLANDO EAST; VILLAGE INN MOTEL & RV PARK, INC.; STARWOOD CAPITAL GROUP MANAGEMENT, LLC D/B/A CRESTWOOD ORLANDO; AVISTA PROPERTIES XVII, LLC D/B/A DAYS INN & SUITES ORLANDO EAST UCF AREA, WYNDHAM HOTEL GROUP, LLC, DAYS INNS WORLDWIDE, INC., and WYNDHAM HOTELS & RESORTS, INC.,<br><br>    Defendants. | Case No. 6:25-cv-01629-PGB-DCI |

## NOTICE OF RELATED ACTION[1]

Under Local Rule 1.07(c), "lead counsel has a continuing duty to file promptly a 'Notice of Related Action' identifying and describing any related action – either pending or closed – in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice

---

[1] When filing via CM/ECF, use the "Notice of a Related Action" event under Civil Events-Other Filings-Notices.

1

of Related Action must be filed in all cases in the Orlando Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

☐ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:
Click or tap here to enter text.
Click or tap here to enter text.

✓ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.
Click or tap here to enter text.
Click or tap here to enter text.

Dated: September 26, 2025

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Jody A. Stafford*
Jody A. Stafford, Esq.
Florida Bar No. 1015797
Jody.Stafford@us.dlapiper.com
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131-5341
Telephone: (305) 702-8890
Facsimile: (305) 437-8131

*Lead Counsel for Defendants Wyndham Hotels & Resorts, Inc., Wyndham Hotel Group, LLC, and Days Inns Worldwide, Inc.*

David S. Sager, Esq.
*Motion for admission pro hac vice forthcoming*
David.Sager@us.dlapiper.com
51 John F. Kennedy Parkway
Suite 120
Short Hills, New Jersey 07078-2704
Telephone: (973) 520-2570
Facsimile: (973) 215-2604

Mallory Biblo, Esq.
*Motion for admission pro hac vice forthcoming*
Mallory.Biblo@us.dlapiper.com
John C. Canoni
*Motion for admission pro hac vice forthcoming*
John.Canoni@us.dlapiper.com
1900 North Pearl Street
Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4500
Facsimile: (214) 743-4545

*Counsel for Defendants Wyndham Hotels*
*& Resorts, Inc.,*
*Wyndham Hotel Group, LLC, and*
*Days Inns Worldwide, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 26, 2025, I electronically filed the foregoing document via CM/ECF, which caused a true and correct copy to be served electronically upon all entitled parties.

*/s/ Jody A. Stafford*
Jody A. Stafford